# 581

No. 45555.—Protests 14940–K, etc., of American Straw Goods Co. et al. (New York).

Opinion by Tilson, J. On the records presented and following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 45556.—Protests 736002–G, etc., of H. Leo Gould, Inc., et al. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of ashtrays, boxes, match holders, tray sets, smoking sets, and table sets in chief value of metal. On the authority of Abstract 34600 the claim at 60 percent under paragraph 1552 was sustained.

No. 45557.—Protests 966307–G, etc., of Workman Cycle Co. (New York).

Opinion by Dallinger, J. It was stipulated that these bicycle hubs are similar to those the subject of Ling v. United States (3 Cust. Ct. 113, C. D. 215). The claim as parts of bicycles at 30 percent under paragraph 371 was therefore sustained.

No. 45558.—Protest 976507–G of Shell Petroleum Corp. (Galveston).

Opinion by Dallinger, J. It was stipulated that the gravimeters and parts in question are similar to the merchandise the subject of Shell Petroleum Corp. v. United States (3 Cust. Ct. 233, C. D. 243). The claim at 27½ percent under paragraph 372 was therefore sustained.

Before the First Division, March 21, 1941

No. 45559.—Protests 38195–K, etc., of Chemical Marketing Co., Inc., et al. (New York).

Opinion by Brown, J. In accordance with stipulation of counsel Lamepon A was held not subject to the tax of 5 cents per pound under the Revenue Act of 1932, 1934, 1936, or 1938.

Before the Second Division, March 21, 1941

No. 45560.—Protests 983987–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.